IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEBBIE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:06-0933 |
| ) | Judge Trauger |
| DAVID AUSTIN, BRUCE POAG, Attorney, ) | Magistrate Judge Bryant |
| and STEPHANIE BAILEY, Doctor, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On April 9, 2007, the Magistrate Judge issued a Report and Recommendation, recommending that the plaintiff's two motions for a mandatory injunction (Docket Nos. 24, 27) be denied. (Docket No. 52) The plaintiff has filed an "appeal" of this recommendation (Docket No. 54), which the court will liberally construe as objections. This court must make a *de novo* determination of the plaintiff's objections. 28 U.S.C. § 636(b)(1)(C); Rule 72(b), FED.R.CIV.P.

The plaintiff argues that the evidence that supports the issuance of a mandatory injunction is the "video" referenced in her motions, wherein allegedly defendant Officer Groves commanded audiences viewing some local television coverage to behave in a certain way towards the plaintiff. She implores this court to "view the video, read the motion for the mandatory injunction, then the Plaintiff alleges that the Court will willingly grant the order for the mandatory injunction as wisdom and justice prevail." (Docket No. 54 at 6) Unfortunately, this court is unable to "view the video," in that the plaintiff has not furnished it to the court for viewing either by this judge or by Magistrate Judge Bryant. Therefore, there is no basis upon which this court can legitimately reject the recommendation of the Magistrate Judge, who

1

correctly described the plaintiff's allegations as "conclusory" and failing to establish any grounds for the issuance of the extraordinary remedy of a mandatory injunction.

For the reasons expressed therein and herein, the Report and Recommendation (Docket No. 52) is **ACCEPTED** and made the findings of fact and conclusions of law of this court. It is hereby **ORDERED** that the plaintiff's two motions for a mandatory injunction (Docket Nos. 24 and 27) are **DENIED**.

It is so **ORDERED.**

Enter this 16th day of April 2007.

_____
ALETA A. TRAUGER
U.S. District Judge