IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEBBIE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:06-0933 |
| ) | Judge Trauger |
| DAVID AUSTIN, BRUCE POAG, Attorney, ) | Magistrate Judge Bryant |
| STEPHANIE BAILEY, Doctor, and ) | |
| Lieutenant Guillaume Groves, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On September 6, 2007, the Magistrate Judge issued a Report and Recommendation, recommending disposition of several motions. (Docket No. 71) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss, Motion for Judgment on the Pleadings and/or Motion for Summary Judgment filed by defendants David Austin and Bruce Poag (Docket No. 19), the Amended Motion to Dismiss filed by defendants Austin and Poag (Docket No. 35), and the Motion to Dismiss, Motion for Judgment on the Pleadings and/or Motion for Summary Judgment filed by defendant Stephanie Bailey, M.D. (Docket No. 38) are **GRANTED**, and all claims by the plaintiff against them are **DISMISSED**. Further, the claims against defendant Guillaume Groves

1

are **DISMISSED WITHOUT PREJUDICE** under Rule 4(m), FED. R. CIV. P.  All matters having been disposed of, the Clerk shall **CLOSE** this case.[1]

It is so **ORDERED.**

Enter this 26th day of September 2007.

_____
ALETA A. TRAUGER
U.S. District Judge

---

[1] The plaintiff's appeal of the Magistrate Judge's denial of her Motion for Appointment of Counsel (Docket No. 10) is **DENIED AS MOOT**.